FILED
DEC 17 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:25 CR 00628 |
| v. ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) and |
| ERIC RASH, ) | (b)(1)(A)(viii); Title 18, United |
| ) | States Code, Sections 922(g)(1), |
| Defendant. ) | 924(a)(8) and 924(c)(1)(A)(i) |
| ) | **JUDGE FLEMING** |

COUNT 1
(Possession with the Intent to Distribute Methamphetamine, 21 U.S.C. 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

1. On or about September 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant ERIC RASH did knowingly and intentionally possess with the intent to distribute more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

COUNT 2
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about September 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant ERIC RASH, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Robbery

and Felonious Assault, Case Number CR-04-450305, in the Cuyahoga County Common Pleas Court, on or about June 21, 2004; Tampering with Evidence, Case Number CR-10-544854, in the Cuyahoga County Common Pleas Court, on or about March 1, 2011; Prohibition of Conveyance of Certain Items, Case Number CR-11-549296, in the Cuyahoga County Common Pleas Court, on or about June 14, 2011; Failure to Comply with Order, Signal of Police Officer, Case Number CR-14-583577, in the Cuyahoga County Common Pleas Court, on or about January 19, 2016; and Trafficking in Drugs, Case Number CR-18-626577, in the Cuyahoga County Common Pleas Court, on or about October 3, 2018; did knowingly possess in and affecting interstate commerce firearms and ammunition, to wit: a Sig Sauer P229, .357 caliber handgun, serial number AD29370, a Taurus PT840 C, .40 caliber handgun, serial number SGW73233, a Keltec P-II, 9mm handgun, serial number 62541, a Colt MK IV/Series 80, .380 ACP handgun, serial number RC39150, a Smith and Wesson M&P, 9mm handgun, serial number NBJ4358, a Smith and Wesson M&P Shield, 9mm handgun, serial number LFH2499, and ammunition; said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>COUNT 3</u>
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3.      On or about September 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant ERIC RASH did knowingly possess a firearm in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, Possession with the Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), as charged in Count 1 of this Indictment, in violation of

Title 18, United States Code, Section 924(c)(1)(A), and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

4.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3, inclusive, are incorporated herein by reference.  As a result of the foregoing offenses, Defendant ERIC RASH shall forfeit to the United States any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and all firearms and ammunition involved in or used in the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

3